```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 08147
   GARY WARE
   LOLITA WARE                               CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2894    SSN XXX-XX-8450

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/04/2007 and was confirmed 07/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
OCWEN FEDERAL BANK         CURRENT MORTG       .00           .00          .00
OCWEN FEDERAL BANK         MORTGAGE ARRE       .00           .00          .00
WEST COAST REALTY SERVIC   CURRENT MORTG       .00           .00          .00
PERFORMANCE MGMT & REALT   SECURED         4600.00           .00       560.00
UNIFUND CCR PARTNERS       NOTICE ONLY    NOT FILED          .00          .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED      NOT FILED          .00          .00
BANK OF NEW YORK           NOTICE ONLY    NOT FILED          .00          .00
WEST COAST REALTY SERVIC   MORTGAGE ARRE       .00           .00          .00
AMERICAN EXPRESS BANK      UNSECURED       3729.74           .00      1836.59
UNIFUND CCR PARTNERS       UNSECURED       2553.40           .00      1257.34
PHILIP A IGOE              DEBTOR ATTY         .00                        .00
TOM VAUGHN                 TRUSTEE                                     266.07
DEBTOR REFUND              REFUND                                         .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              3,920.00

PRIORITY                                        .00
SECURED                                      560.00
UNSECURED                                  3,093.93
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                         266.07
DEBTOR REFUND                                   .00
                    --------------        --------------
TOTALS               3,920.00              3,920.00


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 08147 GARY WARE & LOLITA WARE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE